# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANNY CARLTON GRIPPER,  :  | |
|    Petitioner,   : | PRISONER HABEAS CORPUS |
|                               : | 28 U.S.C. § 2241 |
| v.   : | |
|                               : | CIVIL ACTION NO. |
|                               : | 1:07-CV-1499-WSD |
| LORENE GRAYER,   : | |
|    Respondent.   : | |

## **ORDER**

Petitioner, Danny Carlton Gripper, an inmate at the Federal Correctional Institution in Atlanta, Georgia, has filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2241 alleging that his prison file contains false information regarding his prior convictions, which is affecting his custody and security level at the prison, and that the Bureau of Prisons is improperly deducting funds from his inmate account.

**IT IS ORDERED** that the Clerk transmit a copy of the petition and this Order by certified mail to Respondent and the United States Attorney for the Northern District of Georgia. Respondent shall show cause within thirty (30) days of the receipt of this Order why the writ should not be granted; and, in connection therewith,

AO 72A
(Rev.8/82)

Respondent shall transmit to this Court such pleadings, transcripts and decisions as are available and required to determine the issues raised.

**IT IS SO ORDERED**, this 20th day of September, 2007.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

AO 72A
(Rev.8/82)